UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>        Plaintiff,<br>v.<br><br>KIM WYMAN, in her official capacity as the Secretary of State of the State of Washington,<br><br>        Defendants. | Case No. 3:16-cv-05801<br><br>**PLAINTIFF'S NOTICE OF CONSTITUTIONAL CHALLENGE PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Fed.R.Civ.P. Rule 5.1, plaintiff hereby gives notice to Attorney General Bob Ferguson that plaintiff is challenging the constitutionality of RCW 29A.56.660 of the Revised Code of Washington under the First and Fourteenth Amendments to the United States Constitution.

Plaintiff requests in the Complaint (Document #1 on the Court's Docket): (1) Preliminarily enjoin defendants from enforcing RCW 29A.56.620 of the Revised Code of Washington; (2) Permanently enjoin defendants from enforcing RCW 29A.56.620 of the Revised Code of Washington; (3) Declare RCW 29A.56.620 of the Revised Code of Washington unconstitutional as applied to independent candidates for President of the United States; (4) Award plaintiff the cost of this action together with their reasonable attorneys' fees

PLAINTIFF'S NOTICE OF CONSTITUTIONAL
CHALLENGE PURSUANT TO RULE 5.1 OF THE
FEDERAL RULES OF CIVIL PROCEDURE- 1
Case No. 3:16-cv-05801

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

and expenses pursuant to 42 U.S.C. §1988; and,(5) Retain jurisdiction of this action and grant plaintiff such other relief which may in the determination of this Honorable Court to be necessary and proper.

DATED this 19th day of September, 2016.

BADGLEY MULLINS TURNER PLLC

*/s/Donald H. Mullins*_____
Donald H. Mullins, WSBA #4966
Wesley G. Foreman, WSBA #44269
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone:  (206) 621-6566
Facsimile:   (206) 621-9686
Email:  dmullins@badgleymullins.com
Email:  wforeman@badgleymullins.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016, I served a copy of the foregoing on the following parties via legal messenger:

Secretary Kim Wyman
Washington Secretary of State
Elections Division
520 Union Avenue SE, Suite 250
Olympia, WA 98504

_____
Staci Wilkie, Paralegal

PLAINTIFF'S NOTICE OF CONSTITUTIONAL CHALLENGE PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE- 2
Case No.  3:16-cv-05801

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686