1
2
3
4
5
6
7
8

The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>                        Plaintiff,<br><br>   v.<br><br>KIM WYMAN, in her official capacity as the Secretary of State of the State of Washington,<br><br>                        Defendant. | NO. 3:16-cv-5801 BHS<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER |

This matter having come before the Court on the Plaintiff's Motion for Emergency Temporary Restraining Order, and having considered the motion, and all materials submitted in support and opposition to the motion, the Court hereby **ORDERS** that the Plaintiff's Motion for Emergency Temporary Restraining Order is **DENIED**.

DATED this _____ day of _____, 2016.

                                                                                 _____
                                                                                 The Honorable Benjamin H. Settle

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR
EMERGENCY TEMPORARY
RESTRAINING ORDER
NO. 3:16-CV-5801 BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Rebecca R. Glasgow*
REBECCA R. GLASGOW, WSBA 32886
CALLIE A. CASTILLO, WSBA 38214
Deputy Solicitors General
PO Box 40100
Olympia, WA 98504-0100
360-753-6200
Rebecca.Glasgow@atg.wa.gov
Callie.Castillo@atg.wa.gov

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR
EMERGENCY TEMPORARY
RESTRAINING ORDER
NO. 3:16-CV-5801 BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200