UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROQUE "ROCKY" DE LA FUENTE,

        Plaintiff,

    v.

KIM WYMAN,

        Defendant.

CASE NO. C16-5801BHS

ORDER

    This matter comes before the Court on the letter from Defendant's attorney, Rebecca Glaskow (Dkt. 19).

    On September 26, 2016, Ms. Glaskow filed a letter indicating that she misspoke in the hearing held on September 16, 2016, and that the actual deadline for the mailing of Washington's ballots is October 21, 2016. *Id.* Upon review of the letter and the actual date of mailing, the Court finds that this information does not undermine or alter the Court's analysis or denial of Plaintiff's motion for a temporary restraining order.

    **IT IS SO ORDERED**.

    Dated this 28th day of September, 2016.

                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER