The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br>Plaintiff,<br><br>v.<br><br>KIM WYMAN, in her official capacity as Secretary of State of the State of Washington,<br>Defendant. | NO. 16-CV-05801-BHS<br><br>ORDER SETTING REVISED BRIEFING SCHEDULE AND PAGE LIMITS |

This matter having come before the Court on the September 27, 2017 stipulated motion to extend deadlines, combine briefing, and expand page limits and memorandum in support thereof, it is hereby

ORDERED that the briefing schedule be revised as follow:

- Plaintiff's motion for summary judgment, 24 pages, filed October 18, 2017
- Defendant's response to summary judgment and cross-motion for summary judgment, combined total of 36 pages, filed October 27, 2017
- Plaintiff's reply to summary judgment and response to motion to dismiss, combined total of 36 pages, filed November 6, 2017
- State's reply to cross-motion for summary judgment, 12 pages, filed November 10, 2017
- All dispositive motions noted for consideration on November 10, 2017.

DATED this 3 day of October 2017

JUDGE BENJAMIN H. SETTLE

[PROPOSED] ORDER SETTING
REVISED BRIEFING SCHEDULE AND
PAGE LIMITS -- NO. 16-CV-05801-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200