The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE, <br><br> Plaintiff, <br><br> v. <br><br> KIM WYMAN, in her official capacity as the Secretary of State of the State of Washington, <br><br> Defendants. | Case No. 3:16-cv-05801 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> **NOTING DATE: NOVEMBER 10, 2017** <br><br> **ORAL ARGUMENT REQUESTED** |

THIS MATTER having come before this Court on Plaintiff's Motion for Summary Judgment, and the Court having reviewed the following documents:

1. Plaintiff's Motion for Summary Judgment;

2. Declaration of Wesley G. Foreman in Support of Plaintiff's Motion for Summary Judgment;

3. Defendant's Response to Plaintiff's Motion for Summary Judgment, if any; and

4. Plaintiff's Reply, if any; and

5. _____.

And the Court being fully advised;

---

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION SUMMARY JUDGMENT - 1
Case No. 3:16-cv-05801

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED; it is further ORDERED that:

1. Defendant Wyman is permanently enjoined from enforcing RCW 29A.56.660 against Plaintiff now and in the future;

2. Defendant Wyman is permanently enjoined from enforcing RCW 29A.56.660 against all candidates for the Offices of President and Vice-President of the United States of America; and,

3. This Court hereby declares RCW 29A.56.660 unconstitutional as a violation of the First and Fourteenth Amendments to the United States Constitution.

DATED this ____ day of _____, 2017.

_____
THE HONORABLE JUDGE BENJAMIN H. SETTLE

Presented by:

BADGLEY MULLINS TURNER PLLC
*/s/Donald H. Mullins_____*
Donald H. Mullins, WSBA #4966
Wesley G. Foreman, WSBA #44269
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dmullins@badgleymullins.com
Email: wforeman@badgleymullins.com
**Attorneys for Plaintiff**

IMPG ADVOCATES, INC.
*/s/Paul A. Rossi _____*
Paul A. Rossi, PSBA #84947
873 E. Baltimore Pike, Suite 705
Kennett Square, Pennsylvania 19348
Telephone: (717) 961-8978
Email: paul-rossi@comcast.net
**Pro Ha Vice- Attorneys for Plaintiff**

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION SUMMARY JUDGMENT - 2
Case No. 3:16-cv-05801

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686