The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>Plaintiff,<br><br>v.<br><br>KIM WYMAN, in her official capacity as the Secretary of State of the State of Washington<br><br>Defendant. | Case No. 3:16-cv-058011-BHS<br><br>SECOND DECLARATION OF LORI AUGINO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

I, Lori Augino, declare as follows:

1. I am over eighteen years of age and competent to testify. The information stated below is true and correct and based on my own knowledge.

2. I currently serve as the Director of Elections in the Office of the Secretary of State of Washington. My job entails ensuring Washington's elections are conducted in a transparent, accurate, consistent, and secure manner. This includes, among other duties, assisting county auditors conduct elections, working on election-related policy for the Secretary of State, processing candidate filings, certifying certain candidates for the ballot, and certifying elections. I have held this position for 4 years.

SECOND DECLARATION OF LORI AUGINO

Case No. 3:16-cv-058011-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

3. A representative of Mr. De La Fuente requested that the Secretary of State's Office reconsider the decision to reject his certificate of nomination. **Exhibit 1** is a true and correct copy of the letter that I sent in response on August 11, 2016, declining to reconsider. In the letter, I informed Mr. De La Fuente of his appeal rights under Wash. Rev. Code § 29A.56.670 and informed him that he still had time to file as a write-in candidate.

4. Mr. De La Fuente timely submitted a declaration of write-in candidacy. **Exhibit 2** is a true and correct copy of Washington's Official List of Presidential Write-In Candidates for the 2016 General Election. Mr. De La Fuente's name appears on page 4 as a candidate for the American Delta Party.

5. For the 2016 presidential election, five minor party candidates were able to meet all of Washington's statutory requirements, including the requirement that there be notice of the minor party convention. All five of those candidates appeared on the general election ballot. **Exhibit 3** are true and correct copies of the Green Party's proof of publication for several conventions held in several counties in Washington in 2016.

6. In 2012, six minor party candidates were able to meet all of Washington's statutory requirements and appeared as presidential candidates on the general election ballot. In 2008, five minor party candidates and one independent candidate were able to meet all of Washington's statutory requirements and appeared as presidential candidates on the general election ballot.

7. The State has an important interest in requiring independent candidates and minor parties to give ten-days' notice of their nominating conventions in a newspaper of general circulation in the county where the convention is held. For minor party and independent candidates,

SECOND DECLARATION OF
LORI AUGINO

Case No. 3:16-cv-058011-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

nominating conventions often provide the first opportunity for voters to come together to learn about a party or a candidate and their platform.

8. Conventions also must select the slate of presidential electors for the party or independent candidate. If a Washington citizen wants to learn about a minor party or independent candidate's platform or be elected to serve as an elector for the party or independent candidate, he or she must to know when and where the relevant convention will occur.

9. Notice in a newspaper of general circulation has been the method of notice for minor party and independent candidate conventions for decades. Notice in a newspaper of general circulation is also required for state and local elections. It is reasonable to conclude that given these longstanding requirements, newspaper publication is the means through which citizens expect to be notified electoral events, including notice of minor party and independent candidate conventions.

10. To the Secretary of State's Office's knowledge, no minor party or independent presidential candidate seeking placement on Washington's ballot has ever failed to meet the notice requirement found in Wash. Rev. Code § 29A.56.620, except the American Delta Party on behalf of Mr. De La Fuente.

I swear under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct and of my own knowledge, and that I executed this declaration at Olympia, Washington, on October 3, 2017.

LORI AUGINO, DIRECTOR OF ELECTIONS
OFFICE OF SECRETARY OF STATE

SECOND DECLARATION OF LORI AUGINO

Case No. 3:16-cv-05801I-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200


Secretary of State
*Kim Wyman*

August 11, 2016

Paul Rossi
IMPG Advocates, Inc.
873 East Baltimore Pike, No. 705
Kennett Square, PA 19348
Paul-Rossi@comcast.net

Re: Determination of Insufficiency

Mr. Rossi:

Thank you for your letter regarding the Washington Secretary of State's Office's rejection of the American Delta Party's Certificate of Nomination for insufficiency. We respectfully disagree with your characterization of minor party convention requirements in Washington. RCW 29A.56.600, .610. We also do not believe that RCW 29A.56.620 and .640 impose an unconstitutional burden on minor parties.

As you know, RCW 29A.56.620 sets forth the specific notice requirements for minor party conventions. RCW 29A.56.640 requires that a certificate evidencing nominations made at a convention "*must . . . (6) Contain proof of publication of the notice of calling the convention,*" among other things. Emphasis added. And RCW 29A.56.670 requires the Secretary of State to determine whether the requirements of RCW 29A.56.640 have been met. Absent a court order, the Secretary of State does not have discretion to waive any of the statutory requirements for a valid certificate of nomination. Accordingly, the Secretary of State's Office complied with these statutes and properly rejected the American Delta Party's certificate of nomination.

Any appeal of the rejection must be filed in Washington with the Thurston County Superior Court within five days from the date the determination is made. RCW 29A.56.670. As an alternative, Mr. De La Fuente and his vice presidential candidate may want to consider filing declarations of write-in candidacy. Write-in candidate filings are made available to the public, but write-in candidates do not appear on the general election ballot or in any official voters' pamphlet. Many candidates for president and vice president have exercised this option. Declarations of write-in candidacy must be received no later than October 20, 2016. http://www.sos.wa.gov/_assets/elections/Presidential%20Write-in%20form.pdf

Sincerely,

Lori Augino
Washington State Director of Elections

**EXHIBIT 1**

## *Official List of Presidential Write-In Candidates for the 2016 General Election*

*The following persons have declared as write-in candidates for U.S. President or the combined offices of President and Vice President of the United States of America. Write-in candidate names will not be printed on the ballot or appear in the Voters' Pamphlet. Voters wishing to cast a vote for any of the following candidates must write in the name of the candidate on the ballot. Votes for an individual write-in candidate are tallied by name only if the total number of write-in votes cast exceeds the total votes cast for the apparent top vote getter appearing on the ballot.*

| *Candidate's Name* | *Political Affiliation* | *Campaign Information* |
|---|---|---|
| **Mitchell Williams** (President) <br> *No Vice Presidential candidate* | Tea Drinkers Party | PO Box 33 <br> Palatka, FL  32178 <br> 386.329.8603 |
| **Vickie Lynn Denz** (President) <br> *No Vice Presidential candidate* | Independent Candidate | 2126 W. Pacific Ave. #203 <br> Spokane, WA  99201 <br> 509.309.9988 <br> macanoodos@hotmail.com <br> www.macanoodos.com |
| **Denny Carroll Jackson** (President) <br> **Michelle Kaye Hicks** (Vice President) | Independent Candidates | 10867 US Hwy. 421 N <br> Milton, KY  40045 <br> 812.216.3920 <br> djackson@switzsc.org |
| **Cynthia T. Cavazos** (President) <br> *No Vice Presidential candidate* | Independent Candidate | 104 S. San Eduardo <br> San Antonio, TX  78237 <br> 210.383.0567 <br> meetcynthia@ourlook.com |
| **Platt Allen Robertson** (President) <br> **Scott C. Falls** (Vice President) | Independent Candidates | 7162 Dravite Ct. <br> Las Vegas, NV  89148 <br> 972.979.7023 <br> Robertsonfalls2012@gmail.com <br> http://robertsonfalls4america.blogspot.com |
| **Gerald John Jennings** (President) <br> *No Vice Presidential candidate* | Independent Candidate | 4325 N Smoketree Rd. <br> Golden Valley, AZ 86413 <br> 702.762.6984 <br> Jennings2forpresident@gmail.com <br> www.Jennings2forpresident.nationbilder.com |
| **Charles David Limbaush** (President) <br> *No Vice Presidential candidate* | Independent Candidate | 542 Warrior Dr <br> Murtreesboro, TN 37128 <br> 615.545.2352 <br> Limbaushgingrich2016@gmail.com |
| **Cherunda Lynn Fox** (President) <br> **Roger Matthew Kushner** (Vice President) | Independent Candidates | 17145 Gable <br> Detroit, MI 48212 <br> 313.368.0647 <br> cherundafox@yahoo.com <br> www.foxforpresident.com |
| **Lonny Paul Huffman (President)** <br> *No Vice Presidential candidate* | Independent Candidate | 212 Virginia St <br> Kelso, WA 98626 <br> 360.423.8676 |
| **Monica Gail Moorehead** (President) <br> *No Vice Presidential candidate* | Workers World Party | 147 W. 24th St. 2nd Fl <br> New York, NY  1001 <br> 917.740.2628 <br> Wwp2016@workers.org <br> www.workers.org/wwp |

*Filing Deadline: October 21, 2016*                                                                                       *last updated: 10/21/16*

**EXHIBIT 2**

## *Official List of Presidential Write-In Candidates for the 2016 General Election*

| *Candidate's Name* | *Political Affiliation* | *Campaign Information* |
|---|---|---|
| **Ben Hartnell** (President) <br> **Dave Marshall** (Vice President) | Independent Candidates | 1025 Autumn Lake Ct <br> Westerville, OH  43081 <br> 614.353.2773 <br> Lowertaxes.morebeard@gmail.com <br> www.ElectTheBeard.com |
| **Samuel Lewis Tabor** (President) <br> **Sondra Sharlet Tabor** (Vice President) | Independent Candidates | 209 E 4th <br> Mobeetie, TX  79061 <br> 214.620.9400 <br> www.SamueltaborforPresident.com |
| **Joseph A Maldonado** (President) <br> *No Vice Presidential candidate* | Independent Candidate | 25893 <br> NCR 3250 <br> Wynnewood, OK 73098 <br> 405.665.1003 <br> Joe_exotic@yahoo.com <br> www.joeexotic2016.com |
| **Tony Valdivia** (President) <br> **Aaron Barriere** (Vice President) | Independent Candidates | 11306 Candle Park <br> San Antonio, TX 78249 <br> 713.703.8856 <br> ajvaldivia@att.net <br> www.facebook.com/tony4president |
| **Betsy Pauline Elgar** (President) <br> *No Vice Presidential candidate* | Constitutional Party | 8914 Veterns Dr SW #C <br> Lakewood, WA 98498 <br> 253.289.2043 <br> Georgecatpin0425@gmail.com |
| **Christopher Robert Keniston** (President) <br> **Deacon Newell Taylor** (Vice President) | Veterans Party of America | 2329 15th St <br> Vernon, TX 76384 <br> 318.471.7315 <br> Chriskeniston2016@gmail.com <br> www.chriskeniston2016.com |
| **Coop Smith** (President) <br> *No Vice Presidential candidate* | Independent Candidate | 853 Salt Point Turnpike <br> Poughkeepsie, NY 12601 <br> 845.723.5374 |
| **Andrew Daniel Basiago** (President) <br> **Karen Dell Kinnison** (Vice President) | Independent Candidates | 5806 Prosperity Church Rd <br> Suite A2-144 <br> Charlotte, NC 28269 <br> 360.990.9970 <br> Andy.andy2016@gmail.com <br> www.andy2016.com |
| **Marshall Roy Schoenke** (President) <br> **James Crighton Michell, Jr**. (Vice President) | Marshall Schoenke Party | 21924 Linden Ave <br> Lake Villa, IL 60046 <br> 847.533.0408 <br> bambamamun@gmail.com <br> www.writeinmarshall.com |
| **Laurence Kotlikoff** (President) <br> **Edward Emery Leamer** (Vice President) | Independent Candidates | 203 St. Botelph St #3 <br> Boston, MA 02115 <br> 617.834.2148 <br> kotlikoff@gmail.com <br> www.kotlikoff2016.com |
| | | |

*Filing Deadline: October 21, 2016*                                                        *last updated: 10/21/16*

**EXHIBIT 2**

## *Official List of Presidential Write-In Candidates for the 2016 General Election*

| *Candidate's Name* | *Political Affiliation* | *Campaign Information* |
|---|---|---|
| **Janet L. Reid** (President)<br>*No Vice Presidential candidate* | Republican Party | 3991 E 160 N<br>Rigby, ID 83442<br>208.716.4631 |
| **Ameer Xenos Flippin** (President)<br>*No Vice Presidential candidate* | Independent Candidate | 4713 Wisconsin Ave NW<br>Washington, DC 20016<br>213.798.0400<br>Ameer@AmeerFlippin.com<br>www.AmeerFlippin.com |
| **Martin Christopher Carlisle** (President)<br>**John Anthony Quintanilla** (Vice President) | Independent Candidates | 222 Lytton Ave<br>Pittsburgh, PA 15213<br>719.930.7607<br>http://president.martincarlisle.com |
| **Robert L. Buchanan** (President)<br>**Jason Alexander Washington** (Vice President) | Independent Candidates | PO Box 6151<br>Fredericksburg, VA 22403<br>540.842.6859<br>info@whatsmyoption.com<br>www.whatsmyoption.com |
| **Henry Bartlett** (President)<br>*No Vice Presidential candidate* | Independent Candidate | 1820 Tree Top Way<br>Marietta, GA 30062<br>470.338.0586<br>henrylbartlett@yahoo.com |
| **Star Locke** (President)<br>*No Vice Presidential candidate* | Independent Candidate | PO Box 338<br>Port Aransas, TX 78373<br>361.558.5221<br>starovertexas@aol.com<br>www.starovertexas.com |
| **Mike Smith** (President)<br>**Daniel Lee White** (Vice President) | Independent Candidates | PO Box 51116<br>Colorado Springs, CO 80949<br>719.301.7145<br>Smithandwhite2016@gmail.com<br>www.mikesmith2016.org |
| **Kevin Michael Moreau** (President)<br>*No Vice Presidential candidate* | Independent Candidate | 601 S San Pedro St<br>Los Angeles, CA 90014<br>213.297.9680<br>kevin@usawethepeople.org |
| **Michael S. Olkowski** (President)<br>*No Vice Presidential candidate* | Independent Candidate | 4590 W Hickory Rd<br>Hickory Corners, MI 49060<br>269.671.4534<br>mike@skibrothers.com |
| **William Richard Griffith** (President)<br>**Titus Hunter Rhoades** (Vice-President) | The Party of Moderate Progress Within the Bounds of the Law | 7303 13th Ave NW<br>Seattle, WA 98117<br>Stone.cold.totally.crazy@gmail.com |
| **William E. Bowhall Jr.** (President)<br>*No Vice Presidential candidate* | 3rd Party (Non-Traditional) Independent | 2016 Old Lafayette Hwy<br>Opelika, AL 36801<br>honeybeargold@yahoo.com<br>william-bowhall-for-president.my-free.website |

*Filing Deadline: October 21, 2016*                              *last updated: 10/21/16*

**EXHIBIT 2**

## *Official List of Presidential Write-In Candidates for the 2016 General Election*

| Candidate's Name | Political Affiliation | Campaign Information |
|---|---|---|
| **Richard Baxter Edgell** (President)<br>*No Vice Presidential candidate* | Republican | 30 La Resolana Ave NW<br>Rio Rancho, NM  87144<br>512.705.0286<br>edgellrichard@yahoo.com |
| **Paij Jean Boring** (President)<br>*No Vice Presidential candidate* | Republican | PO Box 781443<br>Wichita, KS  67207-9998<br>Paij@PaijForPresident.com<br>https://www/PaijForPresident.com |
| **Darryl W. Perry** (President)<br>**Conan Salada** (Vice President) | NH Liberty | 63 Emerald St #36963 Emerald St #369<br>Keene, NH  03431<br>202.709.4377<br>Darryl@DarrylWPerry.com<br>www.DarrylWPerry.com |
| **Willie Felix Carter** (President)<br>**Donald L. Dear** (Vice President) | Democratic | 4701 Clair Del Ave Apt 824<br>Long Beach, CA  90807<br>562.728.1693<br>williie@williecarterforpresident.com<br>www.williecarterforpresident.com |
| **James Walter Jobe** (President)<br>**Reillie Alene Murphy** (Vice President) | Justice for Harambe | 4601 Powhatan Ave Apt 446<br>Norfolk, VA  23508-1853<br>757.206.3408<br>jamesgerbil@gmail.com<br>www.jobe2016.weebly.com |
| **"Rocky" Roque De La Fuente** (President)<br>**Michael Steinberg** (Vice President) | American Delta | 4925 Independence Parkway #195<br>Tampa, FL 33634<br>786.804.1844<br>info@Rocky2016.com<br>www.Rocky2016.com |
| **Lynn Kahn** (President)<br>**Kathy Monahan** (Vice President) | Independent Candidates | PO Box 497<br>Kensington, MD 20895<br>603.717.1012<br>lynnskahn@vote4lynn2016.com<br>www.vote4lynn2016.com |
| **Michael Anderw Maturen** (President)<br>**Juan Antonio Munoz** (Vice President) | American Solidarity | 3296 E Clemens Rd<br>Harrisville, MI 48740<br>989.335.1661<br>mikematuren@gmail.com |
| *No Presidential candidate*<br>**David L. Friedeberg** (Vice President) | Independent Candidate | 2035 7th<br>West Helens, AR 72390<br>870.816.6234<br>friedebergdavid@yahoo.com<br>www.librace2016.com |
| **Dennis Andrew Ball** (President)<br>*No Vice Presidential candidate* | American Party of America | 205 E Main St #84<br>Marion, IL 62959<br>480.262.2184 |
| **Dori Thomas Monson** (President)<br>*No Vice Presidential candidate* | Independent Candidate | 1820 Eastlake Ave E<br>Seattle, WA 98102<br>206.726.5419<br>DMonson@bonneville.com |

*Filing Deadline: October 21, 2016*                                          *last updated: 10/21/16*

**EXHIBIT 2**

## *Official List of Presidential Write-In Candidates for the 2016 General Election*

| **Candidate's Name** | **Political Affiliation** | **Campaign Information** |
|---|---|---|
| **William Joseph Maus** (President)<br>*No Vice Presidential Candidate* | Independent Candidate | 2632 Fishtrap Rd NE<br>Olympia, WA 98506<br>253.444.7348<br>Hatrick40@aol.com |
| **Philip D. Boynton** (President)<br>*No Vice Presidential Candidate* | Independent Candidate | 26020 SE 158th St<br>Issaquah, WA 98027<br>425.466.8691<br>Redcoat155@gmail.com |
| **William Anthony Hess IV** (President)<br>*No Vice Presidential Candidate* | Independent Candidate | 30902 Finn Settlement Rd<br>Arlington, WA 98223<br>360.870.2643<br>Wahess76@gmail.com |
| **Scott Erwin Miller** (President)<br>*No Vice Presidential Candidate* | Independent Candidate | 402 E 75th St<br>Tacoma, WA 98404<br>970.222.6365<br>Scott.miller@gmail.com<br>www.facebook.com/scott237 |
| **James Edward Edalgo** (President)<br>**Alphonse Sabastian Reddicus** (Vice President) | Independent Candidates | 6203 S Jonett St<br>Tacoma, WA 98409<br>253.273.3937<br>nbdywill@gmx.com |
| **Troy Morgan Kokes** (President)<br>**John M Cooke** (Vice President) | Independent Candidates | 12115 19th Ave SE #L306<br>Everett, WA 98208<br>817.688.0646<br>Troykokes25@yahoo.com |
| **Tom Hoefling** (President)<br>**Steven Bernard Schulin** (Vice President) | Independent Candidates | PO Box 34<br>Lohrville, IA 51453<br>515.351.0540<br>tomhoefling@gmail.com<br>www.tomhoefling.com |
| **Evan McMullin** (President)<br>**Nathan Daniel Johnson** (Vice President) | Independent Candidates | 119 S Monroe St<br>Ste 300<br>Tallahassee, FL 32301<br>850.425.2333<br>mjazil@evanmcmullin.com<br>www.evanmcmullin.com |
| **Gloria Dawn Strickland** (President)<br>**Sharon E. Marth** (Vice President) | Independent Candidates | PO Box 384<br>West Bend, WI 53095<br>262.573.7818<br>Gloria4uspres@aol.com |
| **Barbara Joan Whitaker** (President)<br>*No Vice Presidential Candidate* | Independent Candidate | PO Box 42<br>New York City, NY 10014<br>917.870.5272<br>info@waitingforscotus.com<br>www.waitingforscotus.com |
| **Joe Charles Schriner** (President)<br>**Joe Moreaux** (Vice President) | Independent Candidates | 759 Woodlawn Rd<br>Stevbenville, OH 43952<br>419.788-5528<br>joeschriner@hotmail.com<br>www.voteforjoe.com |

*Filing Deadline: October 21, 2016*                                                          *last updated: 10/21/16*

**EXHIBIT 2**

*Official List of Presidential Write-In Candidates for the 2016 General Election*

| Candidate's Name | Political Affiliation | Campaign Information |
|---|---|---|
| **Adam Lee Semon** (President)<br>*No Vice Presidential Candidate* | Independent Candidate | 8322 52nd Dr NE<br>Marysville, WA 98270<br>360.722.9109<br>Asemon77@gmail.com |
| **Alan Jacquemotte** (President)<br>*No Vice Presidential Candidate* | Actual Justice | 33555 Ryan Rd<br>Sterling Heights, MI 48310<br>586.298.4943<br>Alan_jacquemotte@yahoo.com<br>www.ajparty.org |
| **Charles R. Zerilli** (President)<br>*No Vice Presidential Candidate* | Wake Up | 776 Annadale Rd<br>Staten Island, NY 10312<br>718.816.6900<br>TheNextPresident@juno.com |
| **Johnson Immanuel Y. Li** (President)<br>*No Vice Presidential Candidate* | Star Spangled Banner Independent | 32226 2nd Ave SW<br>Federal Way, WA 98023<br>632.722.6838<br>u.s.presidentjohnsonli@gmail.com<br>www.facebook.com/JohnsonLi4President |
| **Asher J. Kobin** (President)<br>*No Vice Presidential Candidate* | Independent Candidate | 215 10th Ave E #144<br>Seattle, WA 98102<br>425.443.8700<br>asherkobin@gmail.com |
| **Delano Aimes Steinacker II** (President)<br>**Ronald K. Crider** (Vice President) | Independent Candidates | 3488 Yonah Homer Rd<br>Alto, GA 30510<br>520.221.0957<br>24x7man@gmail.com<br>www.letsgetbusy.us |
| **Demetra Jefferson Wysinger** (President)<br>**Cedric D'Wayne Jefferson** (Vice President) | Popit Reform | 3601 S Ravinia Dr<br>Dallas, TX 75233<br>469.364.2501<br>AmericaWinsWithWysinger@yahoo.com |
| **Daniel Stevens Martin** (President)<br>*No Vice Presidential Candidate* | Independent Candidate | 20410 120th Ave E<br>Graham, WA 90338<br>206.396.1123<br>dansmartin@hotmail.com |
| **Juan Bautista Botero** (President)<br>*No Vice Presidential Candidate* | Republican | General Delivery<br>Sun Valley, CA 91353<br>720.343.0066<br>Juanb.botero77@gmail.com<br>www.ipotus.net |

*Filing Deadline: October 21, 2016*                                   *last updated: 10/21/16*

**EXHIBIT 2**

SKAGIT PUBLISHING
C/O ISJ PAYMENT PROCESSING CENTER
PO BOX 1570
POCATELLO ID 83204-1570
(360)424-3251

ORDER CONFIRMATION (CONTINUED)

Salesperson: Jeanette Kales          Printed at 06/06/16 12:21 by jka30
-------------------------------------------------------------------------
Acct #: 345247                       Ad #: 1470807         Status: N

**NOTICE OF CONVENTION**

The Green Party of Washington State, pursuant to RCW 29A.20.131, hereby calls a convention to be held June 17th-19th, 2016, at the Skagit Valley Food Coop, 202 S 1st Street, Mt Vernon, WA, 98273, beginning at 10:00 AM for the purpose of nominating candidates for the offices of President and Vice President of the United States of America. Said convention shall continue to such time and date and place as necessary until the convention business is completed.

**Convention sponsors:**
Green Party of
Skagit County,
Woody Deryckx,
360-333-0054,
39306 Cape Horn Road,
Concrete WA 98237.

**Published
June 7, 2016
SVH-1470807**

**EXHIBIT 3**

De La Fuente0001177
Initial Disclosures



# SKAGIT PUBLISHING

1215 Anderson Road • P.O. Box 578 • Mount Vernon • WA • 98273 • t: 360.424.3251 • f: 360.424.5300

Heather Hernandez, Publisher

---

**Affidavit of Publication in the matter of SVH- 1470807**
In the Superior Court of the State of
Washington In and For Skagit County

STATE OF WASHINGTON
County of Skagit        ss

The undersigned, being first duly sworn on oath deposes that he/she is principal clerk of the Skagit Valley Herald, a daily newspaper. That said newspaper has been approved as a legal newspaper by the Superior Court of Skagit County and is now and has been for more than six months prior to the publication hereinafter referred to, published in the English language continually as a daily newspaper in Skagit County, Washington, and it is now and during all of said time was printed at an office maintained at the aforesaid place of publication of said newspaper.

That the annexed is a true copy of an advertisement, with publication dates, as it was published in regular issues (and not in supplemental form) of said newspaper commencing with the issue of June 7, 2016 and ending with the issue of June 7, 2016.

That such newspaper was regularly distributed to its subscribers during all of said period and the full amount of the fee charged for the foregoing is the sum of $71.10.

*[signature]*
clerk

Date: June 7, 2016

*[signature]* Jeanette Lockwood
Subscribed and sworn to before me this
7th Day of June, 2016
Notary Public and for the State of Washington
Clerk's filing stamp

*[Notary Seal: JEANETTE LOCKWOOD, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 06-23-19]*

**EXHIBIT 3**

De La Fuente0001178
Initial Disclosures

```
                    SKAGIT PUBLISHING
              C/O ISJ PAYMENT PROCESSING CENTER
                       PO BOX 1570
                  POCATELLO ID 83204-1570
                      (360)424-3251

                    ORDER CONFIRMATION

Salesperson: Jeanette Kales         Printed at 05/02/16 16:18 by jka30
---------------------------------------------------------------------
Acct #: 345247                      Ad #: 1453842      Status: N

GREEN PARTY OF WA STATE             Start: 05/04/2016  Stop: 05/04/2016
PO BOX 215                          Times Ord: 1       Times Run: ***
ANACORTES WA 98221                  STDS 1.00 X 4.62   Words: 100
                                    Total STDS 5.00
                                    Class: 0001   LEGAL   NOTICES
                                    Rate: SVHOR        Cost: 79.00
                                    # Affidavits: 1

Contact:
Phone:    (360)333-0054             Ad Descrpt: SVH-1453842
Fax#:                               Given by: *
Email:    jodytgrage@gmail.com      Created:     jka30 05/02/16 14:14
Agency:                             Last Changed: jka30 05/02/16 16:18
---------------------------------------------------------------------
PUB   ZONE  EDT TP START    INS   STOP     SMTWTFS
SVH   A     97  W  05/04/16  1    05/04/16 SMTWTFS
WEB   A     97  W  05/04/16  1    05/04/16 SMTWTFS
---------------------------------------------------------------------
                       AUTHORIZATION
```

Under this agreement rates are subject to change with 30 days notice. In the event of a cancellation before schedule completion, I understand that the rate charged will be based upon the rate for the number of insertions used.

_____        _____
Name (print or type)                Name (signature)

(CONTINUED ON NEXT PAGE)

**EXHIBIT 3**

De La Fuente0001179
Initial Disclosures

# THE NEWS TRIBUNE
[ thenewstribune.com ]

## AFFIDAVIT OF PUBLICATION

| Account # | Ad Number | Identification | PO | Amount | Cols | Lines |
|---|---|---|---|---|---|---|
| 525550 | 0002497712 | NOTICE OF CONVENTION The Green Part | CONVENTION MTG 6/17 | $79.45 | 1 | 12 |

**Attention:** JODY GRAGE

GREEN PARTY OF WASH STATE
PO BOX 70493
SEATTLE, WA 98127

NOTICE OF CONVENTION
The Green Party of Washington State, pursuant to RCW 29A.20.131, hereby calls a convention to be held June 17th, 2016, at Don Pugnetti Park, 2085 Pacific Avenue, Tacoma WA, 98402, beginning at 9:30 AM to nominate candidates for the offices of President and Vice President of the USA. Said convention shall continue to such time and date and place as necessary until the convention business is completed. Convention sponsors: Green Party of Washington State, Jody Grage, 206-718-1529, PO Box 70493, Seattle WA 98127

JANICE WASSENAAR, being duly sworn, deposes and says: That he/she is the Principal Clerk of the publication; The News Tribune, printed and published in Tacoma, Pierce County, State of Washington, and having a general circulation therein, and which said newspaper(s) have been continuously and uninterruptedly published in said County during a period of six months prior to the first publication of the notice, a copy of which is attached hereto: that said notice was published in The News Tribune, as amended, for:

_____1_____ Insertions

**Published On:**
June 08, 2016

_(Principal Clerk)_

Subscribed and sworn on this 8th day of June in the year of 2016 before me, a Notary Public, personally appeared before me Janice Wassenaar known or identified to me to be the person whose name subscribed to the within instrument, and being by first duly sworn, declared that the statements therein are true, and acknowledged to me that he/she executed the same.

Notary Public in and for the state of Washington, residing in Pierce County
1950 S. State St, Tacoma, WA 98405

**EXHIBIT 3**

De La Fuente0001180
Initial Disclosures

SEATTLE

## State of Washington, King County

**NOTICE OF CONVENTION**

The Green Party of Washington State, pursuant to RCW 29A.20.131, hereby calls a convention to be held Monday, May 28, 2016 at Seattle Center, 305 Harrison St., Seattle WA, 98109 beginning at 10:00 AM for the purpose of nominating candidates for the offices of President and Vice President of the United States of America. Said convention shall continue to such time and date and place as necessary until the convention business is completed.

Convention Sponsors: Green Party of Washington State, Jody Grage, 206-718-1529, PO Box 70493, Seattle WA 98127

Date of publication in the Seattle Daily Journal of Commerce, May 20, 2016.

5/20(337603)

**EXHIBIT 3**

De La Fuente0001181
Initial Disclosures