UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>               Plaintiff,<br><br>    v.<br><br>KIM WYMAN, in her official capacity as the Secretary of State for the State of Washington,<br><br>               Defendant. | CASE NO. C16-5801 BHS<br><br>FINAL ORDER DIRECTING CLERK TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF |

This matter comes before the Court on its previous order regarding the parties' cross-motions for summary judgment and the parties' joint status report filed on March 6, 2018. Dkts. 43, 44. In its previous order, the Court found "that RCW 29A.56.620 and .640(6) constitute an unlawful (albeit minimal) restriction on Plaintiff's First Amendment rights." Dkt. 43 at 13. Accordingly, the Court granted Plaintiff's motion for summary judgment, denied Defendant's motion, and requested a joint status report to address whether there remained any outstanding issues that must be resolved before the Court enters a final order and directs the Clerk to enter a judgment. In light of the parties' joint status report, the Court finds that there are no further outstanding matters before the

ORDER - 1

Court. Plaintiff has neither pled nor requested monetary damages, so none will be awarded.

Therefore, it is hereby **ORDERED** that Defendant is permanently enjoined from enforcing RCW 29A.56.620 and .640(6) on minor party and independent candidates for President of the United States of America. The Clerk shall enter a **JUDGMENT** in favor of Plaintiff and close this case.

Dated this 7th day of March, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge